```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :    INDICTMENT

        -v.-                        :    S1 08 Cr. 147 (VM)

PATRICK DESROSIER,                  :
ABNER ALSAINT,
     a/k/a "Bug,"                   :
YVROSE ARCHER,
     a/k/a "Rosie,"                 :
NOEL BUTLER,
     a/k/a "Mario,"                 :
COREY HILL,
     a/k/a "Ree,"
DALE TURNER,
     a/k/a "Black,"
GOODIE IMANI SAMUELS, and
VICTOR MORAN,

                    Defendants.

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 10 2008

COUNT ONE
(Crack Conspiracy)

The Grand Jury Charges:

1.  From at least in or about February 2006, up to and including on or about December 12, 2007, in the Southern District of New York and elsewhere, PATRICK DESROSIERS, ABNER ALSAINT, a/k/a "Bug," YVROSE ARCHER, a/k/a "Rosie," NOEL BUTLER, a/k/a "Mario," COREY HILL, a/k/a "Ree," DALE TURNER, a/k/a "Black," GOODIE IMANI SAMUELS, and VICTOR MORAN, the defendants, and others known and unknown, unlawfully, intentionally and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that PATRICK DESROSIERS, ABNER ALSAINT, a/k/a "Bug," YVROSE ARCHER, a/k/a "Rosie," NOEL BUTLER, a/k/a "Mario," COREY HILL, a/k/a "Ree," DALE TURNER, a/k/a "Black," GOODIE IMANI SAMUELS, and VICTOR MORAN, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, fifty grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

COUNT TWO
(Cocaine Conspiracy)

The Grand Jury further charges:

3.    From at least in or about February 2006, up to and including on or about December 12, 2007, in the Southern District of New York and elsewhere, PATRICK DESROSIERS, ABNER ALSAINT, a/k/a "Bug," and VICTOR MORAN, the defendants, and others known and unknown, unlawfully, intentionally and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

4.    It was a part and an object of the conspiracy that PATRICK DESROSIERS, ABNER ALSAINT, a/k/a "Bug," a/k/a "Rosie," and VICTOR MORAN, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a

controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

5. As a result of committing the controlled substance offenses alleged in Counts One and Two of this Indictment, PATRICK DESROSIERS, ABNER ALSAINT, a/k/a "Bug," YVROSE ARCHER, a/k/a "Rosie," NOEL BUTLER, a/k/a "Mario," COREY HILL, a/k/a "Ree," DALE TURNER, a/k/a "Black," GOODIE IMANI SAMUELS, and VICTOR MORAN, the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Counts One and Two of this Indictment.

## Substitute Asset Provision

6. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants --

    (1) cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third person;

    (3)    has been placed beyond the jurisdiction of the Court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

_____

FOREPERSON                    MICHAEL J. GARCIA
                              United States Attorney

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PATRICK DESROSIER,
ABNER ALSAINT, a/k/a "Bug,"
YVROSE ARCHER, a/k/a "Rosie,"
NOEL BUTLER, a/k/a "Mario,"
COREY HILL, a/k/a "Ree,"
DALE TURNER, a/k/a "Black,"
GOODIE IMANI SAMUELS and
VICTOR MORAN

Defendants.

INDICTMENT

S1 08 Cr. 147 (VM)

(Title 21, United States Code,
Sections 846 and 963.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

*Filed indictment. Case previously assigned to Judge Marrero.*

*— Francis, J.*

*SNM 4/10/08*