```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
UNITED STATES OF AMERICA

— against —

GOODIE SAMUELS,

Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-08

08 Cr. 0147 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

It is hereby ordered that Edward Wilford, the attorney assigned to represent the above-captioned defendant, is substituted and the representation of the defendant is assigned to C.J.A. attorney Richard Palmer.

**SO ORDERED.**

Dated: New York, New York
       3 July 2008

VICTOR MARRERO
U.S.D.J.