UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

GOODIE SAMUELS,                                    08 Cr. 0147 (VM)

                              Defendant.      **ORDER**

**VICTOR MARRERO, United States District Judge.**

A conference has been scheduled before Judge Marrero in courtroom 20B for August 29, 2008 at 11:30 a.m. to address the issues raised by Defendant's letter to the Court dated August 4, 2008.

**SO ORDERED.**

Dated:    New York, New York
          25 August 2008

                                        Victor Marrero
                                        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-25-08

August 4, 2008

Goodie Samuels
60647-054
Metropolitan Correctional Center
150 Park Row
New York, New York   10007


Honorable Judge Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007     *08 Cr 147*

Dear Judge Marrero:

        This letter is written to the Honorable Court regarding
my criminal case.  Your Honor, I am very distressed to inform
you that my new attorney has not appeared after almost two
months to begin his representation of me.

        To remind you, he did not show up for my court appearance
of July 31, 2008, nor has he yet to visit me here at the MCC.
I am not even sure of his name as he did not give me a busi-
ness card when you appointed him my new counsel at the early
June court date.  I have tried to call him repeatedly at the
cell phone number he provided me, as has my family, but he
does not answer.

        I have now been at the MCC since December 2007 without
an attorney even beginning to represent me.  My original
attorney, Mr. Edward D. Wilford, never provided me with
discovery and had no interest in preparing a defense.  And
now my new attorney has not begun to defend me and has not
even made an initial appearance.  Certainly, he could have
contacted me by mail if he is in trial or otherwise disposed.
I found it very odd and inappropriate that one of my co-
defendant's attorney wanted to speak on my behalf in my

**(2)**


appointed attorney's absence on July 31.

    I am fearful of facing the resources of the United States government without an attorney with the professionalism to perform their duties.  I do not know who to turn to, Your Honor, other than to the Honorable Court.  I only expect fairness in facing my accusers.  I would appreciate if you could contact my attorney to explain his absence and to gauge his intentions.  Thank you in advance for your time and attention to my situation.

                                  Respectfully,

                                    Goodie Samuels


cc:  file